# EXHIBIT A

**SHERIFF'S ENTRY OF SERVICE**

FILED IN OFFICE
MAR - 4 2013
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. _2013CV227759_

Date Filed _2-25-2013_

Georgia, _____Fulton_____ COUNTY

| | |
|---|---|
| Superior Court ☑ | Magistrate Court ☐ |
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Attorney's Address
Keith Thomas
P.O. Box 960242
Riverdale GA 30296

Keith E. Thomas
_____
Plaintiff

VS.

Name and Address of Party to be Served
Bank of America N.A through
Registered Agent
CT Corporation Systems
1201 Peachtree St. N.E.
Atlanta, GA 30361

Northstar Mortgage Group LLC et
_____
Defendant

_____
Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**

☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County.

**NOTORIOUS**

☐ Delivered same into hands of_____described as follows: age, about _____ years; weight _____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

**CORPORATION**

☑ Served the defendant Bank of America _____a corporation by leaving a copy of the within action and summons with C Evans CT Corp in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _28_ day of _Feb_, 20 _13_.

_____
DEPUTY

SHERIFF DOCKET_____PAGE_____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT



**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

FILED IN OFFICE
FEB 28 2013
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

| | | |
|---|---|---|
| Keith E. Thomas | ★ | |
|   Plaintiff(s) | ★ | **Civil Action No. : 2013CV227759** |
|     v. | ★ | |
| | ★ | |
|  Northstar Mortgage Group, LLC, its successors & | ★ | |
| assigns , | ★ | |
|  Bank of America, NA., aka Bac Home Loans Servicing, | ★ | |
| LP fka Countrywide Home Loans Servicing, LP , | | |
|  Mortgage Electronic Registration Systems, Inc. aka | | |
| Merscorp, Inc., collectively known as MERS | | |

## ORDER APPOINTING SPECIAL MASTER

IT APPEARING to the Court that Petitioner has filed his verified Petition to Quiet Title of Real Property, and attached thereto all copies and exhibits of written instruments upon which Petitioner's interest in the Property is based: as well as other exhibits as required by O.C.G.A.§23-3-60,*et. seq.*, and;

IT IS THEREFORE ORDERED that Barry Zimmerman of Zimmerman & Associates, located at 6376 Spalding Drive Norcross, GA 30092, who is a resident of Fulton County and an individual authorized to practice law in the State of Georgia, be and is hereby appointed Special Master in the within action, as pursuant to O.C.G.A. § 23-3-63.

IT IS FURTHER ORDERED that the Special Master determine who is entitled to notice of this action, cause process to issue to all persons so entitled to notice; and make a determination and/or a Findings of Facts of the issues presented in the Petition; and make a report of such determinations and/or a Findings of Facts available to the Court.

So ORDERED this the 28 day of Feb, 2013.

_____
**Judge Constance C. Russell**
**Fulton County Superior Court**
**Atlanta Judicial Circuit**

Keith E. Thomas ProSe
ProSe
P.O. Box 960242
Roverdale , GA 30296

# General Civil Case Filing Information Form (Non-Domestic)

**Court**
☑ Superior
☐ State

**County** Fulton

**Docket #** 2013CV227759

**Date Filed** 2-25-2013
MM-DD-YYYY

**Plaintiff(s)**

Thomas Keith E
Last    First    Middle I. Suffix Prefix    Maiden

Last    First    Middle I. Suffix Prefix    Maiden

Last    First    Middle I. Suffix Prefix    Maiden

Last    First    Middle I. Suffix Prefix    Maiden

**No. of Plaintiffs** 1

**Plaintiff/Petitioner's Attorney** ☑ Pro Se

Last        First        Middle I.    Suffix

**Bar #** _____

**Defendant(s)**

NorthStar Mortgage Group LLC
Last    First    Middle I. Suffix Prefix    Maiden

Bank of America N.A
Last    First    Middle I. Suffix Prefix    Maiden

Mortgage Electronic Registrations Systems Inc
Last    First    Middle I. Suffix Prefix    Maiden

Last    First    Middle I. Suffix Prefix    Maiden

**No. of Defendants** 3

**FILED IN OFFICE**
FEB 25 2013
_I. Vaughn_
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## Check Primary Type (Check only ONE)

☐ Contract/Account

☐ Wills/Estate

☑ Real Property

☐ Dispossessory/Distress

☐ Personal Property

☐ Equity

☐ Habeas Corpus

☐ Appeals, Reviews

☐ Post Judgment Garnishment, Attachment, or Other Relief

☐ Non-Domestic Contempt

☐ Tort (If tort, fill in right column)

☐ Other General Civil Specify _____

_____

## If Tort is Case Type:
### (Check no more than **TWO**)

☐ Auto Accident

☐ Premises Liability

☐ Medical Malpractice

☐ Other Professional Negligence

☐ Product Liability

☐ Other Specify _____

_____

**Are Punitive Damages Pleaded?** ☐ Yes ☐ No



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
## SUMMONS

Keith E. Thomas ) Case No.: 2013CV227759
)
)
)
**Plaintiff,** )
)
vs. )
)
NorthStar Mortgage Group LLC et al )
)
)
**Defendant** )
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

Keith Thomas
P.O. Box 960242
Riverdale GA 30296

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____25th_____, day of ___Feb___, 20 13

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____28 Feb_____, 20 13
_____A2232_____
Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

KEITH E. THOMAS,

      Plaintiff,                        Civil Action No. 2013CV 227759

v.

NORTHSTAR MORTGAGE GROUP, LLC, its'
successors and assigns,

      Defendants,



BANK OF AMERICA, N.A., a/k/a
BAC HOME LOANS SERVICING, LP f/k/a
COUNTRYWIDE HOME LOANS SERVING, LP

      Defendants,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., a/k/a
MERSCORP, Inc., collectively known as MERS

      Defendants.

### VERIFIED COMPLAINT TO QUIET TITLE

Comes now Keith Thomas, plaintiff do now petition this Honorable Court for

relief against the named defendants and any others whom may present a claim against the

described property herein.

This is an action to quiet title to real property owned by the plaintiff Keith E.

Thomas in fee simple and located at 2655 West Road, Riverdale, Fulton County,

Georgia 30296 and more fully described as follow:

> All that tract or parcel of land lying and being in Land Lot 189 of the 13th
> District of Fulton County, Georgia, being identified as Lot 5, of West Road
> Acres, as shown on plat recorded in Plat Book 148, page 100, Public records
> of Fulton county, Georgia, which plat and reference thereto are incorporated
> herein for a more complete description of said land.
>
> Being improved property known as: 2655 West Road, according to the present

system of numbering houses in Fulton County, Georgia.

Plaintiff's title to the above-described property is derived from the Warranty Deed from Eric J. Hulsman to this plaintiff Keith E. Thomas recorded at Deed Book 45245 pg. 446 within the records of The Clerk of Superior Court for Fulton County, Georgia. *See copy of said Warranty Deed attached hereto as Exhibit "A". See also copy of the Fulton County, Georgia plat describing the property attached hereto as Exhibit "B".*

## JURISDICTION

The plaintiff seeks relief before this Honorable Court pursuant to O.C.G.A. § 23-3-40 et seq, O.C.G.A. § 23-3-41 and O.C.G.A. § 23-3-42 and U.C.C. Article 3 § 203 Transfer of Instrument: Rights Acquired by Transfer.

The residential property identified within this complaint is physically located within Fulton County, Georgia and is within the jurisdiction of the Fulton County Superior Court by statue.

The Superior Court of Fulton County, Georgia has proper jurisdiction over the matters for which this plaintiff seeks relief within this verified complaint for quiet title.

## CITATIONS OF LEGAL AUTHORITY

O.C.G.A. § 23-3-40 which provides : The proceeding quia timet is sustained in equity for the purpose of causing to be delivered and canceled any instrument which has answered the object of its creation or any forged or other iniquitous deed or other writing which, though not enforced at the time, either casts a cloud over the complainant's title or otherwise subjects him to future liability or present annoyance, and the cancellation of

Page 1

which is necessary to his perfect protection.

O.C.G.A. § 23-3-41(a) provides: In all proceedings quia timet or proceedings to remove clouds upon titles to real estate, if a proper case is made, the relief sought shall be granted to any complainant irrespective of whether the invalidity of the instrument sought to be canceled appears upon the face of the instrument or whether the invalidity appears or arises solely from facts outside of the instrument.

O.C.G.A. § 23-3-42 (1) thru (3) provides: An instrument which, by itself or in connection with proof of possession by a former occupant or other extrinsic facts, gives the claimant there under an apparent right in or to the property may constitute a cloud on the title of the true owner; and the latter may proceed to have the same removed upon proof:

(1) That he cannot immediately or effectually maintain or protect his rights by any other course of proceeding open to him;

(2) That the instrument sought to be canceled is such as would operate to throw a cloud of suspicion upon his title and might be vexatiously or injuriously used against him;

(3) That he either suffers some present injury by reason of the hostile claim of right or; though the claim has not been asserted adversely or aggressively, he has reason to apprehend that the evidence upon which he relies to impeach or invalidate the same as a claim upon his title may be lost or impaired by lapse of time.

Uniform Commercial Code; Article 3; Transfer of Instrument: Rights Acquired by Transfer.

(a) An instrument is transferred when it is delivered by a person other than its

Page 2

issuer for the purpose of giving to the person receiving delivery the right to enforce the instrument.

(b) Transfer of an instrument, whether or not the transfer is a negotiation, vests in the transferee any right of the transferor to enforce the instrument, including any right as a holder in due course, but the transferee cannot acquire rights of the holder in due course by a transfer, directly or indirectly, from a holder in due course if the transferee engaged in fraud or illegality affecting the instrument.

(c) Unless otherwise agreed, if an instrument is transferred for value and the transferee does not become a holder because of lack of indorsement by the transferor, the transferee has a specifically enforceable right to the unqualified indorsement of the transferor, but negotiation of the instrument does not occur until the indorsement is made.

(d) If a transferor purports to transfer less than the entire instrument, negotiation of the instrument does not occur.  The transferee obtains no rights under this Article and has only the rights of a partial assignee.

## BRIEF STATEMENT OF THE FACTS

The plaintiff entered into a residential mortgage contract with Northstar Mortgage Group, LLC [Northstar] on or about June 12, 2007 of which the residential property referred to herein was secured to Northstar by a promissory note [the Note] as the negotiable instrument referred to herein.

According to the public land records within the Office of The Clerk of Superior Court for Fulton County, Georgia and pursuant to Uniform Commercial Codes Article 3

Page 3

§ 203, no documentation exist on file verifying that Northstar ever transferred or sold the Note to any other entity beginning around June 12, 2007 up and through the date of the filing of this complaint.

Even though no such transfer of the Note documentation exists on file with the Office of The Clerk of Superior Court for Fulton County, Georgia, based upon information obtained from public sources and persons with first hand knowledge of Northstar's normal business practices, Northstar sold the Note and the loan and divested themselves of any and all interest within the mortgage contract [in 2007] to an unidentified entity within 30 to 90 days following the residential mortgage closing referred to herein. That entity is not identified as Bank of America, N.A. nor is that entity affiliated with Bank of America, N.A. as explained more explicitly within the following paragraphs of this complaint.

According to information gathered by sources with first hand knowledge, plaintiff have learned that the normal business practices and procedures implemented by Northstar for any and all of it's residential mortgage closings were to sell the entire loan [mortgage contract] to a qualified entity within 30 to 90 days of the residential closings. As to plaintiff's residential mortgage transactions referred to herein, Northstar did in fact sell all rights and ownership associated with plaintiff's residential mortgage within 30 to 90 days following the June 12, 2007 mortgage closing to an entity that did not authorize MERS to act as Nominee on their behalf.

Along with selling all ownership and all rights within the mortgage, there are no public records indicating that MERS' duties as Nominee to the Lender or to any

Page 4

successive purchasers and or assigns of Northstar, were ever re-established, nor do

MERS appear within any public filings indicating that any other entity opted to utilize

MERS as their Nominee or within a Nominee capacity what so ever.

The residential property referred to herein was also secured to Northstar by and

through a Security Deed [the Security Deed] that named Northstar Mortgage Group, LLC

as [Lender] and Mortgage Electronic Registration Systems, Inc., [MERS] as Nominee for

Lender [only for the purposes of foreclosure proceedings].

Though named as Nominee for the Lender, the specific language within the

Security Deed do not authorize MERS to sell, transfer, or assign any of its rights as

Nominee to the Lender, nor does it authorize MERS to assign the Security Deed [in its'

entirety] to any other entity.

There is no language expressly written within the terms of the Note that would

have authorized MERS to either sell, assign or transfer the Note to itself or to any other

entity.

There are no [assignment documents] on file within the public land records

within the Office of The Clerk of Superior Court for Fulton County, Georgia indicating

that Northstar ever authorized MERS to sell, transfer or assign the Note or to assign the

Security Deed to any other entity prior to [February 2010] when Northstar's authority to

transact residential mortgage transactions in Georgia was officially revoked.

According to State of Georgia Division of Banking and Finance records and

filings, any and all Georgia Residential Mortgage Licenses held by and in the name of

Northstar Mortgage Group, LLC was effectively revoked as of February 2010.

Page 5

On or around August 23, 2010, MERS purportedly acting as Nominee on the behalf of Northstar Mortgage Group, LLC [who was no longer was capable of transacting any mortgage transactions in Georgia on that date] caused, created and filed into the land and property records of Fulton County, Georgia a document entitled "Assignment of Security Deed". *See plaintiff's Exhibit "C" attached hereto.*

On or about December 19, 2011 MERS, its' agents or representatives executed a document entitled "Corrective Assignment" that purports that MERS, [acting on their own behalf] sold, assigned and transferred all rights within a Security Deed claiming to be attached to this plaintiff's residential property referred to within this complaint. This document was filed into the land and property records of The Office of The Clerk of Superior Court for Fulton County, Georgia on December 29, 2011. *See plaintiff's Exhibit "D' attached hereto.*

Plaintiff reiterates that the stated relationship written within the residential mortgage documents pertaining to the residential property within this complaint, does not authorize MERS to assign, sell or transfer any rights within the Security Deed attached to a mortgage to plaintiff's residence, accordingly, the above described transfers attributed to MERS were unauthorized, fraudulent and cast a cloud upon plaintiff's residential property referred to within this complaint.

According to all known records, there have been no identified or [unidentified] entity that have authorized Bank of America, N.A. to possess any documentation claimed to be the Note to this plaintiff's residential property nor have Bank of America, N.A. ever been authorized to act on the behalf of any [unidentified] entities that could assert any

interest within plaintiff's residential property.

All evidence gathered by this plaintiff indicates to a certainty that Northstar did in fact sell the mortgage along with the "Note" to an [unidentified] entity other than Bank of America, N.A. in [2007] and likewise, there are no factual records in existence that Bank of America, N.A. purchased or was assigned the Note in [2007] from Northstar.

## **RELIEF SOUGHT**

Wherefore the plaintiff have asserted a set of facts and claims for which he seeks relief before this Honorable Court and respectfully request that the Court enters judgment against the defendants and that the Court quiet titles plaintiff's property to him and against the defendants.

That this Honorable Court issue an order declaring the Assignment of Security Deed dated August 23, 2010 and also the Corrective Amendment assignment document dated December 19, 2011 that bears a filing date of December 29, 2011 be declared Null and Void.

That this Honorable Court further rule within its' order that the Mortgage Note identified within this complaint secured to Northstar to be Null and Void and Un-enforceable in so far as it has been forever split from the Security Deed.

That this Honorable Court further rule that any Security Deed(s) described within this complaint purported to have been assigned by MERS to Bank of America, N.A. or to any other entity to be "Null and Void" given that no provisions are written within the wording of the Security Deed that would authorize MERS to assign the Security Deed absent [the expressed written authority] in writing from Northstar

Mortgage Group, LLC.

That this Honorable Court grants the plaintiff a jury trial for any subsequent responsive claims or defenses asserted by any defendants identified or by any others not identified and may make claims on their own behalf or on the behalf of others.

That this Honorable Court grant to this plaintiff an order for the costs of this action against any defendants or any persons acting on their behalf.

That this Honorable Court grant any other such relief against the defendants deem just and proper.

Respectfully submitted on this 25th day of February, 2013.

Keith E. Thomas, plaintiff
P.O. Box 960242
Riverdale, Georgia 30296
404-838-0394

Page 8

# Exhibit "A"

Deed Book 45245 Pg 446
Filed and Recorded Jun-25-2007 06:29am
2007-0186591
Real Estate Transfer Tax $155.00
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

Return Recorded Document to:
LAW OFFICES OF ANGIE M. WALTON, P.C.
4405 MALL BOULEVARD
SUITE #110
UNION CITY, GEORGIA 30291

## WARRANTY DEED

STATE OF GEORGIA
COUNTY OF FULTON                                    File #: 07-075

This Indenture made this 12th day of June, 2007 between ERIC J. HULSMAN, of the County of FULTON, State of Georgia, as party or parties of the first part, hereinafter called Grantor, and KEITH E. THOMAS, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

W I T N E S S E T H that: Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

This Deed is given subject to all easements and restrictions of record, if any.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:


_____
Witness

_____
Notary Public


_____ (Seal)
ERIC J. HULSMAN
by


_____ (Seal)


_____ (Seal)


_____ (Seal)


OFFICIAL SEAL
Angie M. Walton
Notary Public, Georgia
FULTON COUNTY
My Commission Expires
Feb. 13, 2010

Exhibit "B"

Deed Book 49249 Pg 447
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

# EXHIBIT 'A'

All that tract or parcel of land lying and being in Land Lot 189 of the 13th District of Fulton County, Georgia, being identified as Lot 5, of West Road Acres, as shown on plat recorded in Plat Book 148, page 100, Public records of Fulton County, Georgia, which plat and reference thereto are incorporated herein for a more complete description of said land.

Being improved property known as: 2655 West Road, according to the present system of numbering houses in Fulton County, Georgia.

# Exhibit "C"

Deed Book 49355 Pg 388
Filed and Recorded Sep-10-2010 08:30am
2010-0337307
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

Prepared by and after Recording  )
Return to:                        )
Name:    Elizabeth Hunter Pitts   )
Firm/Co  PROMMIS SOLUTIONS,       )
mpany:   LLC                      )
Address: ATTN: ASSIGNMENTS        )
Address                           )
2:       1544 OLD ALABAMA         )
City,    ROAD                     )
State,   ROSWELL, GA 30076        )
Zip:                              )
Phone:   (800) 275-7171           )

---------Above This Line Reserved For Official Use Only----------

Assessor's Parcel----- Parcel/Account
Number: (

CHL #: 51781110-2

### ASSIGNMENT OF SECURITY DEED

Name and Address of Assignor:          Name and Address of Assignee:
Mortgage Electronic Registration       BAC Home Loans Servicing, L.P. FKA
Systems, Inc., solely as nominee for   Countrywide Home Loans Servicing,
NorthStar Mortgage Group LLC. whose    L.P. whose address is 7105 Corporate
address is 3300 SW 34th Avenue, Suite  Drive, Mail Stop FTX-C-35, Plano, TX,
101, Ocala, FL 34474                   75024

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, Mortgage Electronic Registration Systems, Inc., solely as nominee for NorthStar Mortgage Group LLC. , "Assignor", whose address is above, does hereby grant, sell, assign, transfer and convey to BAC Home Loans Servicing, L.P. FKA Countrywide Home Loans Servicing, L.P., "Assignee," whose address is above, all interest of the undersigned Assignor in and to the following described security deed:

Date of Security Deed:     June 12, 2007     Maturity Date:     July 1, 2037



Case 1:13-cv-01038-WSD   Document 1-1   Filed 03/29/13   Page 22 of 27
Case 0:09-cv-00391-WSD-SJB   Document 1-2   Filed 02/08/10   Page 3 of 4 Desc
Exhibit E    Page 2 of 3

Deed Book 49355 Pg  389

Executed             by   Keith E. Thomas
(Mortgagor(s)):
                          Individual
To   and   in   favor  of   Mortgage Electronic Registration Systems, Inc., solely
(Mortgagee):              as nominee for NorthStar Mortgage Group LLC.

Filed of Record: In Book      45245    , Page      448      ,
Document/Inst. No.        2007-0186592    , in the Office of the Superior Court Clerk
for       Fulton      County, Georgia, on     June 25, 2007    (date).
Property:      2655 West Road, Riverdale, Georgia 30296
              (As described in the Legal Description attached hereto as Exhibit A.)

Given: to secure a certain Promissory Note in the amount    $ 155,000.00.
of

        Together with the note(s) and obligations therein described or referred to, the
money due and to become due thereon, with interest, and all rights accrued or to accrue
under said Security Deed.

        TO HAVE AND TO HOLD the same unto Assignee and unto its successors and
assigns forever, subject only to the terms and conditions of the above-described Security
Deed.

        Assignor is the present holder of the above-described Security Deed.

        IN WITNESS WHEREOF, this assignment was executed by the undersigned
Assignor on this the   23   day of   August   , 20 10 .

MIN:               .4436          MERS PHONE: 1-888-679-6377

                                  Mortgage Electronic Registration Systems, Inc.,
                                  solely as nominee for NorthStar Mortgage
                                  Group LLC.

                                  Lurcece D Lewis
                                  Authorized Agent

Case 1:13-cv-01038-WSD   Document 1-1   Filed 03/29/13   Page 23 of 27
Case 1:09-cv-00391-WSD-AJB   Document 1-2   Filed 02/06/10   Page 6 of 4  Desc
Exhibit E   Page 3 of 3

Deed Book 49355 Pg   390

Signed, Sealed and Delivered
in the presence of:

_____
Witness Name          Kathryn Spinnato

_____
Notary Public

My Commission Expires: 6/15/14

{Seal}



Exhibit "D"

**CROSS REFERENCE DEED**
**BOOK 49355, PAGE 388**
**FULTON COUNTY**
**GEORGIA RECORDS**

Our File No   51781110-FT10
Debtor   Keith E Thomas

Return to
Prommis Solutions, LLC
1544 Old Alabama Road
Roswell, GA 30076

\*CORRECTIVE\*
ASSIGNMENT

STATE OF *California*
COUNTY OF *Ventura*

For value received  Mortgage Electronic Registration Systems  Inc  has this day transferred  sold  assigned
conveyed and set over to  Bank of America, N A  successor by merger to BAC Home Loans Servicing  LP formerly
known as Countrywide Home Loans Servicing LP  whose address is 2270 Lakeside Blvd  Richardson  TX 75082 as
Assignee  its successors  representatives and assigns  all its right, title and interest in and to a certain Security Deed
(or Deed to Secure Debt) executed by Keith E Thomas to Mortgage Electronic Registration Systems  Inc  dated
June 12  2007  recorded in Deed Book 45245  Page 448  Fulton County,  Georgia Records

Property Address 2655 West Road  Riverdale  GA 30296

The Assignor herein specifically transfers  sells, conveys and assigns to the above Assignee  its successors
representatives and assigns, the aforesaid Security Deed  the property described therein  the indebtedness secured
thereby together with all the powers  options  privileges and immunities therein contained
The Assignor herein has this day sold and assigned to the Assignee herein the note secured by the aforesaid
Security Deed and then transfer is made to secure the Assignee  its successors  representatives and assigns  in the
payment of said note

IN WITNESS WHEREOF  the Assignor has hereunto set its hand and seal this *December 19 2011*

Signed  sealed and delivered
in the presence of

Unofficial Witness   **Danilo Cuenca**

*Mary Ann Hierman*
Unofficial Witness
**Mary Ann Hierman**

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS  INC
By
Printed Name
Title   **Cecilia Rodriguez Assistant Secretary**

By
Printed Name
Title **Aida Duenas Assistant Secretary**
(Corporate Seal)

ACKNOWLEDGMENT
State of California
County of *Ventura*

On *Dec 19, 2011* before me   *Darryl Brown, Notary Public*
(insert name and title of the officer)
Personally appeared   *Cecilia Rodriguez (and) Aida Duenas*
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in he/she/they authorized
capacity(ies)  and that by his/her/their signature(s) on the instrument the person(s)  or the entity upon behalf of which
the person(s) acted  executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct

WITNESS my hand and official seal

Signature _____ (Seal)
\*CORRECTIVE ASSIGNMENT NEEDED TO CORRECT THE EXECUTION \*

DARRYL BROWN
Commission # 1812305
Notary Public - California
Los Angeles County
My Comm. Expires Oct 2, 2012

Deed Book 50744 Pg 54
Filed and Recorded Dec-29-2011 09:00am
2011-0372795
Catherine Robinson
Clerk of Superior Court
Fulton County, Georgia

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

KEITH E. THOMAS,

      Plaintiff,

                                        Civil Action No. 2013CV227759

v.

NORTHSTAR MORTGAGE GROUP, LLC, its'
Successors and assigns,

      Defendants,

BANK OF AMERICA, N.A. a/k/a
BAC HOME LOANS SERVICING, LP f/k/a
COUNTRYWIDE HOME LOANS SERVICING, LP

      Defendants,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., a/k/a
MERSCORP, Inc. , collectively known as MERS

      Defendants.

### VERIFICATION

Comes now Keith E. Thomas, affiant and do state the following:

**1.**

That he is a citizen of these United States and of legal age capable of being

administered oath upon.

**2.**

That I am the party with legal standing to make claims within this complaint.

**3.**

That the information and statements within this complaint are his own and are

true to the best of his personal knowledge and belief.

Page 1

Further, this affiant says not.

Sworn to and subscribed here before me on this 25 day of February 2013.

Notary

Keith E. Thomas