## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KEITH E. THOMAS, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO: |
| NORTHSTAR MORTGAGE GROUP, LLC, its' successors and assigns, | |
| Defendants, | Removed from Superior Court of Fulton County, Georgia with Civil Action No.2013CV227759 |
| BANK OF AMERICA, N.A., a/k/a BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP | |
| Defendants, | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc. a/k/a MERSCORP, Inc., collectively known as MERS | |
| Defendants. | |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Defendants Bank of America, N.A., for itself

and as successor by merger to BAC Home Loans Servicing, LP, which is formerly

known as Countrywide Home Loans Servicing, LP[1] ("BANA"), Mortgage Electronic Registration Systems, Inc. ("MERS") and MERSCORP Holdings, Inc.[2] ("MERSCORP"), by and through counsel, certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

**(1)**   Plaintiff:           **Keith E. Thomas**

         Defendants:   **Bank of America, N.A.**

BANA is 100% owned by BANA Holding Corporation.  BANA Holding Corporation is 100% owned by BAC North America Holding Company.  BAC North America Holding Company is 100% owned by NB Holdings Corporation.  NB Holdings Corporation is 100% owned by Bank of America Corporation.  Bank of America Corporation is a publicly-held corporation.  No publicly-held corporation owns more than 10% of Bank of America Corporation.

---

[1] As of July 1, 2011, BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, L.P. no longer exists as a legal entity, as it merged with and into Bank of America, N.A.

[2] Plaintiff erroneously names "Mortgage Electronic Registration Systems, Inc. a/k/a MERSCORP, Inc." as a Defendant.  However, Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc. (f/k/a MERSCORP Inc.) are separate entities and each will respond in its own capacity.

### Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc.

MERS is a wholly-owned subsidiary of MERSCORP Holdings, Inc., a privately-held Delaware stock corporation. No other publicly held entity owns more than 10% of the stock of MERS.

### Northstar Mortgage Group, LLC

(2) The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Plaintiff, Defendants, Michael T. Hosmer, Esq. and McGuireWoods LLP.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Pro se* **Plaintiff:**

Keith E. Thomas
P. O. Box 960242
Riverdale, GA 30296

**Counsel for Defendants BANA, MERS and MERSCORP:**

Michael T. Hosmer
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-4011
Telephone: (704) 343-2392
Facsimile: (704) 444-8794
mhosmer@mcguirewoods.com

This the 29th day of March, 2013.

        /s/ Michael T. Hosmer
        Michael T. Hosmer
        Georgia Bar No. 368378
        McGuireWoods LLP
        201 North Tryon Street, Suite 3000
        Charlotte, NC 28202-4011
        Telephone: (704) 343-2392
        Facsimile: (704) 444-8794
        mhosmer@mcguirewoods.com

        *Counsel for Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, which is formerly known as Countrywide Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH E. THOMAS,<br><br>     Plaintiff,<br><br>v.<br><br>NORTHSTAR MORTGAGE GROUP, LLC, its' successors and assigns,<br><br>     Defendants,<br><br>BANK OF AMERICA, N.A., a/k/a BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>     Defendants,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc. a/k/a MERSCORP, Inc., collectively known as MERS<br><br>     Defendants. | CIVIL ACTION FILE NO:<br><br>Removed from Superior Court of Fulton County, Georgia with Civil Action No.2013CV227759 |

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on March 29, 2013, I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF

2

System which will electronically deliver a copy to the counsel and parties of record. I also certify that copies were served on the following parties via First Class Mail addressed as follows:

| | |
|---|---|
| Keith E. Thomas<br>P. O. Box 960242<br>Riverdale, GA 30296 | Northstar Mortgage Group, LLC<br>3535 Roswell Road, Building 25<br>Marietta, GA 30062 |

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Michael T. Hosmer
Michael T. Hosmer
Georgia Bar No. 368378